IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE E. FOSTER, JR., ) <br> AIS #238227 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEEPOSEY DANIELS, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:11-CV-417-ID <br> (WO) |

## **O R D E R**

Before the court are the Recommendation of the Magistrate Judge, (Doc. #4), and Plaintiff's Objection, (Doc. #5). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objection (Doc. #5) be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #4) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. This case be and the same is hereby DISMISSED without prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this the 5th day of August, 2011.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE